**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-6149**

─────────────

RONALD A. DAVIS,

         Plaintiff - Appellant,

      v.

FRANK KENDALL, Secretary,

         Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Timothy J. Sullivan, Magistrate Judge.  (8:21-cv-02593-TJS)

─────────────

Submitted:  February 22, 2024                 Decided:  March 22, 2024

─────────────

Before HARRIS, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Ronald A. Davis, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald A. Davis appeals the magistrate judge's order granting Defendant's motion to dismiss several of Davis' claims and granting summary judgment for Defendant on Davis' remaining employment discrimination claim arising under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order. *Davis v. Kendall*, No. 8:21-cv-02593-TJS (D. Md. Dec. 14, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the magistrate judge's jurisdiction. *See* 28 U.S.C. § 636(c); Fed. R. Civ. P. 73.

2